■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SANTOS CRUZ, Appellant.—Judgment unanimously affirmed. Memorandum: With one exception, defense counsel did not object to the portions of the prosecutor's cross-examination and summation and of the court's charge now assigned as error. He has failed to preserve these issues for review and on this record we find no reason to reach them in the interest of justice *(see, People v Thomas,* 50 NY2d 467, 471, 473). The portion of the summation to which defendant objected and of which he now complains does not present reversible error. (Appeal from judgment of Monroe County Court, Bergin, J.—burglary, second degree.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Schnepp, JJ.

■ In the Matter of GERALD M. (Appeal No. 1.)—Order unanimously affirmed, without costs. Memorandum: Respondents appeal from orders of Family Court revoking an October 13, 1982 order of suspended judgment of permanent neglect and transferring custody of the minor children to the Genesee County Department of Social Services. Petitioner established by a fair preponderance of the evidence that respondents failed to comply with several conditions attached to the suspended judgment *(see,* 22 NYCRR 2506.1 [d]). The determination of whether the terms of the suspended judgment were met is part of the dispositional phase of the proceeding (Family Ct Act § 631 [b]); thus, the standard of proof is "preponderance of the evidence" *(see generally,* Family Ct Act §§ 623, 631; *cf.* § 622; *Santosky v Kramer,* 455 US 745) and not, as petitioners urge, "clear and convincing" evidence. (Appeal from order of Genesee County Family Court, Graney, J.—terminate parental rights.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Schnepp, JJ.

■ In the Matter of KENNETH M. (Appeal No. 2.)—Order unanimously affirmed, without costs. Same memorandum as in *Matter of Gerald M.* (appeal No. 1) (112 AD2d 6). (Appeal from order of Genesee County Family Court, Graney, J.—terminate parental rights.) Present—Hancock, Jr., J. P., Doerr, Denman, O'Donnell and Schnepp, JJ.

■ In the Matter of CHRYSTAL M. (Appeal No. 3.)—Order unanimously affirmed, without costs. Same memorandum as in *Matter of Gerald M.* (appeal No. 1) (112 AD2d 6). (Appeal from order of Genesee County Family Court, Graney, J.—terminate parental rights.) Present—Hancock, Jr., J.P., Doerr, Denman, O'Donnell and Schnepp, JJ.

■ LOUIS D. LAPOLLA, as Mayor of the City of Utica, Respondent, v ANTHONY DE SALVATORE, Appellant, et al., Defendants.—